---

Orders.

---

MARI & SONS FLOORING COMPANY, INC. *vs.* SOUTHEASTERN MASSACHUSETTS UNIVERSITY BUILDING AUTHORITY & others.

ALBERT N. McGRATH *vs.* WORCESTER COUNTY NATIONAL BANK.

ROSA YAFFE, executrix, & another *vs.* S. S. PIERCE COMPANY.

February 24, 1976

*Granted*:

WHALER MOTOR INN, INC. *vs.* RICHARD H. PARSONS & others.

*Denied*:

COMMONWEALTH *vs.* DARLENE D. DREW.

JOHN P. CURRAN *vs.* BOSTON POLICE PATROLMEN'S ASSOCIATION, INC.

AGNES F. DRAKE-BENDER *vs.* JOSEPH S. BENDER.

ESTHER McCRAY & another *vs.* JEROME WEINBERG & another.

MORTIMER B. ZUCKERMAN & another *vs.* GERALD W. BLAKELEY, JR., & another, trustees.